360 A.2d 676
Ostroff et al. v. Swinehart et al., Appellants.

Argued June 21, 1976. Ira Silverstein and Stephen F. Ritner, submitted a brief for appellants; J. Robert Wall, for appellees.

Order as to both appeals affirmed.

360 A.2d 643
Paul v. Paul, Appellant.

Argued June 16, 1976. Charles F. G. Smith, for appellant; Fred T. Cadmus, III, with him Cadmus & Patten, for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.